# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE BECERRA, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDEX SUPPLY CHAIN, INC., and Does 1 through 50, inclusive<br><br>　　　　　Defendants. | **Case No. 5:24-cv-01600-KK-SP**<br><br>Assigned for all Purposes to the Hon. Kenly Kiya Kato<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>Complaint Filed: June 21, 2024<br><br>Trial Date:　　　September 8, 2025 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

　　　SO ORDERED.

DATED: February 28, 2025　　By: _____

　　　　　　　　　　　　　　　HON. KENLY KIYA KATO
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2049707 (312935)

FEDERAL EXPRESS CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

ORDER DISMISSING ACTION CASE NO. 5:24-CV-01600-KK-SP